# Third District Court of Appeal

## State of Florida

Opinion filed August 20, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0331
Lower Tribunal No. F12-18272
_____


**Royce Reed,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Royce Reed, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before EMAS, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See Wainwright v. State, 411 So. 3d 392, 399-401 (Fla. 2025) (holding that the United States Supreme Court's decision in Erlinger v. United States, 602 U.S. 821 (2024) does not apply retroactively to a sentence that was already final at the time Erlinger issued); see also Arias v. State, 3D25-0297, 2025 WL 1699998 (Fla. 3d DCA June 18, 2025).